**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

USA, STATE OF FLORIDA, STATE OF
GEORGIA, STATE OF ILLINOIS, KIRK
CIANCIOLO, KAREN ROSS, CIRCE
LOPEZ, SANDRA BROWER, KRISTI
KING and ALYSON SCOTT,

    Plaintiffs,

v.                                                              Case No: 8:13-cv-1377-T-30EAJ

WELLCARE HEALTH PLANS, INC.,

    Defendant.
_____

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. An Order (Dkt. #16) was entered on January 26, 2015, which directed the Relators to obtain new counsel on or before February 25, 2015, failing which this case would be dismissed without prejudice and without further notice. New counsel has not appeared in this case. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of March, 2015.

*[Signature: James S. Moody, Jr.]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record